FILED
JUL 0 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 02CR1062-L |
| Plaintiff, | ) | |
| v. | ) | ORDER TO TERMINATE SUPERVISED RELEASE |
| JUSTIN PANKRATZ | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that defendant Justin Pankratz's term of supervised release be terminated.

**SO ORDERED**.

DATED: 7/2/07

HONORABLE JAMES LORENZ
United States District Court Judge